KENNETH F. MACLENNAN, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued May 9, 1887; decided October 11, 1887.)

*E. B. Hinsdale* for appellant.

*Oliver W. West* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GEORGE H. BARTHOLOMEW, Appellant, *v.* THE MERCANTILE MARINE INSURANCE COMPANY, Respondent.

(Argued June 15, 1887; decided October 11, 1887.)

*J. Sanford Potter* for appellant.

*M. A. Sheldon* for respondent.

Agree to affirm and for judgment absolute against plaintiff on stipulation.
All concur; no opinion.
Judgment accordingly.